IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION
FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 MAR -4 PM 4:39
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: CR202-45 |
| v. | |
| CHARLES LEE HERRINGTON | |

## ORDER

On March 4, 2008, the Court conducted an Initial Appearance on the Petition to Revoke the Supervised Release of Defendant in the captioned case. Defendant and his counsel waived a Preliminary Hearing and stipulated that there is probable cause to believe that he violated the terms of his supervised release as alleged.

Accordingly, it is hereby **ORDERED** that Defendant be held for a Revocation Hearing.

**SO ORDERED**, this 4th day of March, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)