AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 MAR 12 AM 9: 10

CLERK_____
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

Charles Lee Herrington

Case Number: CR202-00045-001

USM Number: 11289-021

Adam Poppell
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of mandatory condition of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violation:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | The defendant committed another Federal, state, or local crime (mandatory condition). | September 7, 2007 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: XXX

Defendant's Date of Birth: ____

March 11, 2008
Date of Imposition of Judgment

Defendant's Residence Address:
3681 Habersham Street
Brunswick, Georgia 31525

_Anthony A. Alaimo_
Signature of Judge

Defendant's Mailing Address:
3681 Habersham Street
Brunswick, Georgia 31525

Judge, U.S. District Court
Name and Title of Judge

3-12-08
Date

DEFENDANT: Charles Lee Herrington
CASE NUMBER: CR202-00045-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __30 months__ .

[X] The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be incarcerated at the federal facility in Jesup, Georgia.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____ .
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____ .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

 

United States Marshal

By _____

Deputy United States Marshal